## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| **KURT DECKER** § | |
| § | |
| PLAINTIFF, § | |
| § | |
| V. § | CIVIL ACTION NO. _____ |
| § | |
| **MILWAUKEE ELECTRIC TOOL** § | |
| **CORPORATION; AMAZON.COM, INC.;** § | |
| **AMAZON.COM SERVICES, LLC;** § | |
| **REMN-TRADING; THE HOME DEPOT** § | |
| **INC.; and NORTHERN TOOL AND** § | |
| **EQUIPMENT COMPANY, INC.** § | |
| § | |
| DEFENDANTS, § | |

### INDEX OF MATTERS BEING FILED

| Exh. No. | Description |
|---|---|
| A | Index of Matters Being Filed |
| 2 | Plaintiff's Original Petition |
| 3 | Defendant REMN-Trading's Original Answer |
| 4 | Defendant Northern Tool & Equipment Company, Inc.'s Original Answer |
| 5 | Defendant's Milwaukee Electric Tool Corporation's Original Answer |
| 6 | Defendant Home Depot U.S.A., Inc's Original Answer |
| 7 | Case No. 2021CCV-60826-4 Docket Sheet |
| 8 | Amazon and Amazon Fulfillment's Joint Notice of Consent to Milwaukee and Home Depot's Joint Notice of Removal |
| 9 | Northern Tool's Joint Notice of Consent to Milwaukee and Home Depot's Joint Notice of Removal |
| B | Counsel of Record |

## EXHIBIT A