

*Figure 2. Diagram of Kurt Decker's business and home.*

**MEIER FIRE INVESTIGATION, LLC – Fire and Explosion Investigators, Analysts and Experts**
4511 U.S. 19, Suite A - Palmetto, FL 34221 - (941) 900-1234

