# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| KURT DECKER, JUAN PENA, JOHN RIPPAMONTI, MARK WAHLMAN, AND STEPHEN LUCAS, §§§§§§§ *Plaintiffs*, v. MILWAUKEE ELECTRIC TOOL CORPORATION, *Defendant*. | CIVIL ACTION NO. 2:21-CV-00181 |

## JOINT ADVISORY ON OUTCOME OF MEDIATION

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Pursuant to the Court's Order (Doc. 142), Plaintiffs Kurt Decker, Juan Pena, John Rippamonti, Mark Wahlman, and Stephen Lucas and Defendant Milwaukee Electric Tool Corporation file this Joint Advisory with the Court regarding the outcome of the mediation held on May 10, 2024:

The Parties advise the Court that they have agreed to settle all claims during mediation, subject to the appointment of a guardian ad litem and Court approval of the settlement and the execution of a final settlement agreement.

The Parties respectfully request that the Court appoint a guardian ad litem to protect the interests of Plaintiff Kurt Decker, and to provide an independent evaluation and recommendations to the Court regarding the settlement.

Respectfully submitted,

By: */s/ Sara Beth Craig*
Sara Beth Craig, Pro Hac Vice
California Bar No. 301290
DC Bar No. 1033638
scraig@peifferwolf.com
Rachel B. Abrams, Pro Hac Vice
California Bar No. 209316
rabrams@peifferwolf.com
Brian J. Perkins, Pro Hac Vice
California Bar No. 315870
bperkins@peifferwolf.com
**Peiffer Wolf Carr Kane Conway & Wise LLP**
555 Montgomery Street, Suite 820
San Francisco, California 94111
(415) 766-3544 (Telephone)
(415) 840-9435 (facsimile)


John W. Griffin, Jr.
State Bar No. 08460300
MAREK, GRIFFIN & KNAUPP
The McFaddin Building
203 N. Liberty Street
Victoria, Texas 77901
(361) 573-5500 (Telephone)
Facsimile: (361) 573-5040
Email: jwg@lawmgk.com

**ATTORNEYS FOR PLAINTIFFS**

**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**

By: */s/ Michael D. Robbins*
Michael D. Robbins
State Bar No. 16984700
Federal ID No. 1362
mrobbins@drhrlaw.com
440 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 228-5100 Telephone
(713) 228-6138 Facsimile

2

**ATTORNEY-IN-CHARGE FOR MILWAUKEE ELECTRIC TOOL CORPORATION**

**OF COUNSEL:**
Cody T. Dowling
State Bar No. 24119044
Federal ID No. 3684326
cdowling@drhrlaw.com
DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.
The Lyric Centre
440 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 228-5100 Telephone
(713) 228-6138 Facsimile

Jessica Z. Barger
State Bar No. 24032706
Federal ID No. 2907402
E. Marie Jamison
State Bar No. 24044647
Federal ID No. 611126
WRIGHT CLOSE & BARGER, LLP
One Riverway, Suite 2200
Houston, Texas 77056
Telephone: (713) 572-4321
Facsimile: (713) 572-4320
barger@wrightclosebarger.com
jamison@wrightclosebarger.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on May 13, 2024, which shall automatically send email notification of such filing to all CM/ECF participants.

This 13th day of May 2024.

                                                                   */s/ Sara Beth Craig*
                                                                   Sara Beth Craig