IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| KURT DECKER, JUAN PENA, JOHN RIPPAMONTI, MARK WAHLMAN, and STEPHEN LUCAS<br><br>*Plaintiffs,*<br><br>V.<br><br>MILWAUKEE ELECTRIC TOOL CORPORATION; et al.<br>   *Defendants.* | CIVIL ACTION NO: 2:21-cv-00181 |

## ORDER ESTABLISHING TRUST
## FOR THE BENEFIT OF KURT DECKER

ON THIS DAY came to be heard the Application of SIMON BRIAN PURNELL ("Applicant") as Guardian Ad Litem for KURT DECKER, an adult ("Beneficiary"), requesting that the Court establish trust for the Beneficiary ("trust") and due and proper notice thereof having been given to all necessary and interested persons. The Court having considered the evidence presented, and the terms of the Trust Agreement attached to this Order as Exhibit "A" which is incorporated herein for all purposes by this reference ("Trust Agreement"), finds that KURT DECKER (Beneficiary) is incompetent and that Applicant, SIMON BRIAN PURNELL appeared on behalf of Beneficiary; that there were no objections to said Application; that such Trust is in the best interest of the Beneficiary and should be created; and that Prosperity Bank, the proposed Trustee of the Trust, is a trust company having trust powers in the State of Texas and is qualified to serve as trustee of the trust.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the funds awarded to the Beneficiary pursuant to the Order in the above numbered and styled cause shall be held in trust for the benefit of the Beneficiary pursuant to the terms of the Trust Agreement attached as Exhibit "A."

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Prosperity Bank is hereby appointed as Trustee of the Trust created by the Trust Agreement; and, upon the acceptance by the Trustee of such Trust, all sums awarded to the Beneficiary herein shall be paid to the Trustee.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that approval is hereby granted to the Trustee to charge a reasonable fee for its trust services at the rates and in the manner provided in the Trust Agreement, provided that the court may review the Trustee's fees at any time and from time to time on the Court's own motion, motion of the Trustee, or any other party interested in the welfare of the Beneficiary, and upon a hearing of the matter, the Court shall take any action with respect to such fees as the Court deems appropriate.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that MAYO & POLAND, PLLC, is awarded the sum of SIX THOUSAND AND NO/100 ($6,000.00) DOLLARS, plus travel, for legal services rendered which is to be paid from Kurt Decker Trust.

By this Order the Court hereby creates, establishes, and funds The Kurt Decker Trust.

SIGNED this the ___25th___ day of _____July_____, 2024.

_____
JUDGE PRESIDING

APPROVED:

_____
**Simon Brian Purnell**
**Griffin Purnell**
**Bar No: 24003889**
**615 North Upper Broadway, Suite 900**
**Corpus Christi, Texas 78401**

**GUARDIAN AD LITEM FOR KURT DECKER**

X:\1_Open\Decker, Kurt 5-20-24\Drafts - Trust\Order 142 Decker - D5.wpd