IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KURT DECKER, JUAN PENA, JOHN RIPPAMONTI, MARK WAHLMAN, and STEPHEN LUCAS  *Plaintiffs*,  v.  MILWAUKEE ELECTRIC TOOL CORPORATION; et al.  *Defendants*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:21-CV-00181 |

### JOINT MOTION FOR ENTRY OF AGREED FINAL JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiffs Kurt Decker, Juan Pena, John Rippamonti, Mark Wahlman, and Stephen Lucas ("Plaintiffs") and Defendant Milwaukee Electric Tool Corporation ("Defendant"), collectively, the "Parties," through their respective counsel, file this Joint Motion for Entry of Agreed Final Judgement. In support of this Motion, the Parties state as follows:

The Parties have settled and resolved all matters in controversy between them and the Guardian Ad Litem appointed by the Court has been paid. Therefore, Plaintiffs and Defendant respectfully request that the Court enter the Agreed Judgment, attached as Exhibit A, dismissing all of Plaintiffs' claims against Defendant with prejudice, with the Parties to bear their respective costs.

For the foregoing reasons, Plaintiffs and Defendant respectfully request that this Court grant this Motion and enter the Agreed Judgment.

Respectfully submitted,

**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**

By: */s/ Michael D. Robbins*
Michael D. Robbins
State Bar No. 16984700
Federal ID No. 1362
mrobbins@drhrlaw.com
440 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 228-5100 Telephone
(713) 228-6138 Facsimile

**ATTORNEY-IN-CHARGE FOR MILWAUKEE ELECTRIC TOOL CORPORATION**

**OF COUNSEL:**
Cody T. Dowling
State Bar No. 24119044
Federal ID No. 3684326
cdowling@drhrlaw.com
The Lyric Centre
440 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 228-5100 Telephone
(713) 228-6138 Facsimile

**PEIFFER WOLF CARR KANE CONWAY & WISE LLP**

By: */s/ Sara Craig*
Rachel B. Abrams
*Pro Hac Vice*
rabrams@peifferwolf.com
Brian J. Perkins
*Pro Hac Vice*
bperkins@peifferwolf.com
Sara Craig
*Pro Hac Vice*
scraig@peifferwolf.com
**PEIFFER WOLF CARR KANE CONWAY & WISE LLP**
555 Montgomery Street, Suite 820
San Francisco, California 94111

John W. Griffin, Jr.
jwg@lawmgk.com
MAREK, GRIFFIN & KNAUPP
The McFaddin Building
203 N. Liberty Street
Victoria, Texas 77901

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing instrument was served upon the following by electronic service on August 13, 2024:

Rachel B. Abrams
*Pro Hac Vice*
rabrams@peifferwolf.com
Brian J. Perkins
*Pro Hac Vice*
bperkins@peifferwolf.com
Sara Craig
*Pro Hac Vice*
scraig@peifferwolf.com
PEIFFER WOLF CARR KANE CONWAY & WISE LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111

John W. Griffin, Jr.
jwg@lawmgk.com
MAREK, GRIFFIN & KNAUPP
The McFaddin Building
203 N. Liberty Street
Victoria, Texas 77901

**ATTORNEYS FOR PLAINTIFFS**

                */s/ Michael D. Robbins*
                Michael D. Robbins