# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KURT DECKER, JUAN PENA, JOHN RIPPAMONTI, MARK WAHLMAN, and STEPHEN LUCAS | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00181 |
| MILWAUKEE ELECTRIC TOOL CORPORATION; et al. | § § § § | |
| *Defendants.* | § | |

## AGREED FINAL JUDGMENT

On this day, the Court considered the Joint Motion for Entry of Agreed Final Judgment (the "Motion") filed by Plaintiffs Kurt Decker, Juan Pena, John Rippamonti, Mark Wahlman, and Stephen Lucas ("Plaintiffs") and Defendant Milwaukee Electric Tool Corporation ("Defendant"). Having considered the Motion and the pleadings, the Court is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that good cause exists for the relief requested by the Agreed Motion for Final Judgment and the Motion is so GRANTED.

It is FURTHER ORDERED, ADJUDGED AND DECREED that all of Plaintiffs' claims against Defendant are DISMISSED WITH PREJUDICE. All relief requested by the Parties that is not hereby granted is denied. This is a final judgment that disposes of all claims and all parties in this lawsuit, including all claims the Parties could have raised. All Parties are to bear their own costs.

SIGNED this _____ day of _____, 2024, at _____ a.m./p.m.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE